UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

CHAPTER:        7
DATE:           July 11, 2011
JUDGE:          Pamela Pepper
CASE NO.:       11-23836
DEBTOR:         Steven and Ann Maier
ADV. NO.:
ADV.:

NATURE OF HEARING:      U.S. Trustee's motion to dismiss under 11 U.S.C. Section 707(b)
APPEARANCES:            Amy Ginsberg - Attorney for the U.S. Trustee (UST)
                        Nathan Deladurantey - Attorney for the debtors, by telephone
LAW CLERK:              Esa Movroydis
TIME:                   11:50 a.m. - 11:53 a.m.
ADJOURNED DATE:         August 1, 2011 at 11:45 a.m.

_____

        The Court noted that on May 5, 2011, the UST had filed a notice of
presumption of abuse under 11 U.S.C. § 707(b).  The debtors filed a response on
May 25, 2011, and the UST filed its motion to dismiss on June 6, 2011.  On June 29,
2011, however, the debtors had filed a motion to convert the case to one under
Chapter 13 case, and given interested parties a deadline of July 22, 2011 to object.
Counsel for the UST indicated that conversion would resolve the presumption-of-
abuse issue.  The Court indicated that it would adjourn the hearing to a date
following the objection deadline, so that it could verify that no parties had objected.
Counsel for the debtors indicated that if no one objected, he would immediately file
an affidavit of no objection and proposed order so that the Court could remove the
hearing from the calendar.  The Court adjourned the hearing to August 1, 2011 at
11:45 a.m. by telephone.

1